**Alfred CARONIA, Dorothy Sciallo,**
**Plaintiffs–Appellants,**

v.

**ORPHAN MEDICAL, INC., United States of America, Health and Human Services Agent Joseph Giambalvo, Jazz Pharmaceuticals, Inc., F.B.I. Special Agent Andrew Shapiro, Defendants–Appellees.**

**No. 15–2838–cv.**

United States Court of Appeals,
Second Circuit.

March 17, 2016.

Thomas F. Liotti, Garden City, NY, for Appellant.

Andrew B. Joseph, Drinker Biddle & Reath LLP (Kenneth J. Wilbur, on the

brief), Florham Park, NJ, for Appellees Orphan Medical, Inc. and Jazz Pharmaceuticals.

Varuni Nelson, Assistant United States Attorney, (Margaret M. Kolbe, on the brief) for Robert L. Capers, United States Attorney for the Eastern District of New York, Brooklyn, NY, for Appellees United States of America, Joseph Giambalvo and Andrew Shapiro.

Present: PIERRE N. LEVAL, ROSEMARY S. POOLER and RICHARD C. WESLEY, Circuit Judges.

## SUMMARY ORDER

Alfred Caronia and Dorothy Sciallo appeal from the August 13, 2015 memorandum and order and judgment of the United States District Court for the Eastern District of New York (Block, *J.*) dismissing their complaint seeking money damages. The plaintiffs' civil suit arose after our Court vacated Caronia's conviction for conspiracy to introduce a misbranded drug into interstate commerce on the ground that by encouraging off-label drug use Caronia was exercising his First Amendment rights. *See United States v. Caronia,* 703 F.3d 149, 155 (2d Cir.2012). We assume the parties' familiarity with the underlying facts, procedural history, and specification of issues for review.

We affirm substantially for the reasons set forth in the district court's well-reasoned order. As set forth in the district court's order, the claims set forth in the complaint cannot proceed because (1) the claims are time barred; (2) the United States has not waived its sovereign immunity; and (3) the complaint fails to adequately plead the necessary factual predicates. With respect to plaintiffs' Federal Tort Claims Act malicious prosecution claim, we affirm on the ground that plaintiffs failed to plead facts sufficient to show

that the government acted without probable cause and with malice. *See DiBlasio v. City of New York,* 102 F.3d 654, 657 (2d Cir.1996). We find no error with the district court's conclusions.

We have considered the remainder of plaintiffs' arguments and find them to be without merit. Accordingly, the order of the district court hereby is AFFIRMED. Each side to bear its own costs.